JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GOLDBERG,<br><br>*Plaintiff*,<br><br>v.<br><br>FORUM ENTERTAINMENT LLC,<br><br>*Defendant*. | Case No.: 2:22-cv-2641 RGK (SPx)<br><br>*Hon. R. Gary Klausner*<br><br>**JUDGMENT** |

On September 22, 2022, the Court granted Plaintiff's motion for default judgment. (ECF 18.) Accordingly, the Court enters judgment on Plaintiff's claim for copyright infringement in favor of Plaintiff and against Defendant in the amount of $50,000 in actual damages, plus post-judgment interest to be calculated from the date of entry of judgment at the rate set forth in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
R. Gary Klausner, U.S. District Judge

1